1
2
3
4
5
6        UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA
8
9   **Scott Johnson**,                          Case: No. 3:18-CV-07247-JD

10            Plaintiff,

11       v.                                      [proposed] **ORDER GRANTING JOINT**
                                                **STIPULATION TO EXTEND**
12  **Rosemarie A. Mirkin**, in individual and   **MEDIATION DEADLINE**
    representative capacity as trustee
13  under the Rachelle A. Mirkin
    Irrevocable Trust dated Dec 03, 2012;
14  **Bernard B. Mirkin**, in individual and
    representative capacity as trustee
15  under the Rachelle A. Mirkin
    Irrevocable Trust dated Dec 03, 2012;
16  **Bogomilsky Family LLC**, a California
    Limited Liability Company;
17  **Winchester Auto Tech Inc**., a California
    Corporation; and Does 1-10,
18
             Defendants.
19
20  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:
21
22      1. The deadline to complete mediation shall be extended to and include
           September 12, 2019.
23      2. All other dates that are triggered by the mediation date will be adjusted
           accordingly.
24  IT IS SO ORDERED.
25
26  Dated: July 30, 2019            _____
27                                  HONORABLE JAMES DONATO
                                    UNITED STATES DISTRICT JUDGE
28